UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:18-cv-01995-SVW (MAA)**                                    Date:  **February 8, 2019**

Title  **Paul Kinney v. Steven Langford, *et al*.**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  Cheryl Wynn  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:
            N/A                                            N/A

**Proceedings (In Chambers):**   Order to Show Cause Why This Case Should Not Be Dismissed For Failure to Update Address and for Want of Prosecution

On February 7, 2019, the Court received mail, which had been directed to Plaintiff, returned and undelivered by the Postal Service. (ECF No. 54.)

Central District of California Local Rule 41-6 states:

> ***Dismissal - Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address.*** A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

C.D. Cal. L.R. 41-6.

Plaintiff is **ORDERED TO SHOW CAUSE** by **March 11, 2019** why the Court should not recommend that the case be dismissed for want of prosecution. C.D. Cal. L.R. 41-1. If on or before that date, Plaintiff provides the Court his current address and telephone number, if any, and e-mail address, if any, this Order to Show Cause will be discharged, and no additional action need be taken. Plaintiff is advised that failure to respond to this Order to Show Cause will result in a

recommendation that the Complaint be dismissed.  *See* C.D. Cal. L.R. 41-6; *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

It is so ordered.

**Initials of Preparer**        cw