1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| PAUL KINNEY, | Case No. 2:18-cv-01995-SVW (MAA) |
|     Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| STEPHEN LANGFORD *et al.*, | |
|     Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (ECF No. 1), Defendants' Motion to Dismiss (ECF No. 39), Plaintiff's Opposition (ECF No. 41), Defendants' Reply (ECF No. 51), the other records on file herein, and the Report and Recommendation of United States Magistrate Judge (ECF No. 58). The time for filing objections has expired and no objections have been made. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

    1. The Report and Recommendation of Magistrate Judge is ACCEPTED and ADOPTED;

    2. Defendants' Motion to Dismiss is GRANTED IN PART and DENIED IN PART as follows:

a. Defendants' Motion to Dismiss the official capacity claims is granted;

b. Defendants' Motion to Dismiss the claims as not actionable under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) is granted;

c. Defendants' Motion to Dismiss for failure to allege sufficient facts to show that Plaintiff is entitled to relief is denied;

d. Defendants' Motion to Dismiss on qualified immunity grounds is denied;

e. Defendants' Motion to Dismiss for failure to serve the summons and Complaint upon the United States is denied;

3. Plaintiff is DENIED leave to amend the Complaint; and

4. Judgment shall be ENTERED dismissing the Complaint and entire action with prejudice.

DATED: 9/23/15

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE