JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAUL KINNEY,

               Plaintiff,

    v.

STEPHEN LANGFORD *et al.*,

               Defendants.

Case No. 2:18-cv-01995-SVW (MAA)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Complaint and entire action are DISMISSED with prejudice.

DATED: 9/23/19

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE